Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                           :
Fosamax Products Liability Litigation    :
-----------------------------------------------------x
*This Document Relates to:*               :          1:06-md-1789 (JFK)
Alma Neal                                       :
v. Merck & Co., Inc.                        :
                                                      :
Case No: 1:08-cv-04095-JFK            :          **Rule 7.1 Statement**
-----------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
      May 29, 2008

                         Respectfully submitted,

                         HUGHES HUBBARD & REED LLP

                         By: /s/

                           Norman C. Kleinberg
                           Theodore V. H. Mayer
                           William J. Beausoleil

                         One Battery Park Plaza
                         New York, New York 10004-1482
                         (212) 837-6000
                         beausole@hugheshubbard.com
                         kleinber@hugheshubbard.com
                         mayer@hugheshubbard.com
                         *Attorneys for Defendant Merck & Co., Inc.*